Submitted August 3, reversed September 26, 2012

In the Matter of P. F.,
Alleged to be a Mentally Ill Person.
STATE OF OREGON,
*Respondent,*

*v.*

P. F.,
*Appellant.*

Multnomah County Circuit Court
110565360; A149020

287 P3d 1280

■■■■■■■■■■■■■■

Garrett A. Richardson and Multnomah Defenders, Inc., filed the brief for appellant.

Ellen F. Rosenblum, Attorney General, Anna M. Joyce, Solicitor General, and Inge D. Wells, Senior Assistant Attorney General, filed the brief for respondent.

Before Armstrong, Presiding Judge, and Brewer, Judge, and Duncan, Judge.

PER CURIAM

■■■■■

## PER CURIAM

In this mental commitment case, appellant appeals a judgment of continued involuntary commitment. ORS 426.307(6). He contends that the state failed to prove, by clear and convincing evidence, that, because of a mental disorder, he is a danger to himself or others. ORS 426.005(1)(e)(A). The state concedes that the evidence is legally insufficient to support recommitment. We agree and accept the state's concession; accordingly, we reverse.

Reversed.